UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TYANNE DAVENPORT | CIVIL ACTION |
| VERSUS | NO. 16-13133 |
| EDWARD JONES & CO., L.P. | SECTION "F" (5) |

## J U D G M E N T

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Edward D. Jones & Co., L.P. and against plaintiff, TyAnne Davenport. Dismissing plaintiff's claims against defendant with prejudice.

New Orleans, Louisiana, this __4th__ day of ____May____, 2017.

_____
UNITED STATES DISTRICT JUDGE