UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TYANNE DAVENPORT** | * | **CIVIL ACTION NO.: 2:16-cv-13133** |
| | * | |
| v. | * | **JUDGE: MARTIN L.C. FELDMAN** |
| | * | |
| **EDWARD D. JONES & CO., L.P.** | * | **MAGISTRATE: MICHAEL NORTH** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PLAINTIFF'S NOTICE OF APPEAL

COMES NOW Plaintiff, TyAnne Davenport, by and through counsel of record, pursuant to Fed. R. App. P. 3, and appeals the judgment enter May 4, 2017 (Doc. 42) dismissing all of Plaintiff's claims against Defendant Edward Jones to the United States Fifth Circuit Court of Appeals.

                                                                       Respectfully submitted,
                                                                       **ROBEIN, URANN,**
                                                                       **SPENCER, PICARD & CANGEMI**

                                                                       *s/Christina L. Carroll*
                                                                       Christina L. Carroll (LA Bar No. 29789)
                                                                       2540 Severn Avenue, Suite 400
                                                                       Metairie, LA 70002
                                                                       Telephone: (504) 885-9994
                                                                       Facsimile: (504) 885-9969
                                                                       E-Mail: ccarroll@ruspclaw.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing Plaintiff's Notice of Appeal has been served on the following counsel of record via the Court's Electronic Filing/Notification System:

>Christopher E. Moore
>Monique Doucett
>Ogletree, Deakins, Nash, Smoak & Stewart
>701 Poydras Street, Suite 3500
>New Orleans, LA  70139
>Christopher.Moore@ogletreedeakins.com
>Monique.gougisha@ogletreedeakins.com

this 10th day of May, 2017.

>*s/Christina L. Carroll*
>Christina L. Carroll (LA Bar No.  29789)